[No. 24904–5–I. Division One. April 29, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. HOWARD
TIMOTHY SMITH, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 89–1–01173–1, Susan R. Agid, J., entered September 18, 1989. *Affirmed* by unpublished opinion per Grosse, C.J., concurred in by Scholfield, J., and Ringold, J. Pro Tem.

[No. 24628–3–I. Division One. April 29, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. GARRY F.
SANKEY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 89–8–01515–5, Anthony P. Wartnik, J., entered August 2, 1989. *Affirmed in part* and *reversed in part* by unpublished per curiam opinion.

[No. 24479–5–I. Division One. April 29, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM R.
VOLPENTEST, JR., ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 88–1–03633–7, Frank L. Sullivan, J., entered July 17, 1989. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Grosse, C.J., and Kennedy, J.